

# Fourth Court of Appeals
## San Antonio, Texas

August 2, 2018

No. 04-18-00459-CR

Victor **RIGGAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law, Kerr County, Texas
Trial Court No. CR171327
Honorable Susan Harris, Judge Presiding

# O R D E R

On July 9, 2018, the trial court clerk filed the clerk's record in this court. On July 18, 2018, the trial court clerk filed a supplemental record. However, neither the original nor the supplemental record includes a certification of the defendant's right to appeal as required by Texas Rules of Appellate Procedure, Rule 25.2(a)(2), which states "[t]he trial court shall enter a certification of the defendant's right to appeal each time it enters a judgment of guilt or other appealable order." *See* TEX. R. APP. P. 25.2(a)(2).

Accordingly, we **ORDER** the trial court clerk to supplement the appellate record with the trial court's certification of defendant's right to appeal on or before **August 17, 2018**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of August, 2018.

_____
Keith E. Hottle
Clerk of Court